UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE GONZALEZ,

          Plaintiff,

   v.

JOHN DOE CREVISTON,

          Defendant.

Case No. C10-5254BHS

ORDER REFERRING CASE TO MAGISTRATE JUDGE

This matter is **REFERRED** to United States Magistrate Judge Karen L. Strombom, pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

DATED this 13th day of May, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER